IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DORIS RAUB | § § | |
| V. | § § | Civil Action No. 7:11-CV-032 |
| MATRIXX INITIATIVES, INC., a Delaware Corporation, f/k/a Gumtech International, Inc. and ZICAM, L.L.C. f/k/a Gel Tech, LLC an Arizona Limited Liability Corporation | § § § § § § § | **DEFENDANTS' REQUEST FOR AN ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXCLUDE TESTIMONY OF STEVEN PIKE, M.D.** |

Defendants Matrixx Initiatives, Inc. and Zicam LLC hereby request that this Court enter an order granting Defendants' Unopposed Motion to Exclude Testimony of Steven Pike, M.D. On July 19, 2012, Defendants filed a Motion to Exclude Testimony of Steven Pike, M.D., Plaintiff Doris Raub's causation expert. (Doc #31) Defendants' Motion requested that Dr. Pike's testimony be excluded because his opinions do not meet the standards set forth in Federal Rule of Evidence 702.

Per Civil Local Rule 7.1(e), Plaintiff's opposition should have been filed and served no later than August 9, 2012. To date, no opposition has been filed or received by defense counsel. Plaintiff's counsel has not contacted counsel for Defendants to request additional time or to explain the delay. Due to Plaintiff's failure to oppose, Defendants respectfully request that this Court enter an order granting Defendants' Unopposed Motion to Exclude Testimony of Steven Pike, M.D.

Respectfully submitted,

JOHNSON TRENT WEST & TAYLOR, LLP

By:   /s/ Kealy C. Sehic
    Brian P. Johnson
    State Bar No. 10685700
    Kealy C. Sehic
    State Bar No. 24040688
    919 Milam, Suite 1700
    Houston, Texas 77002
    Phone: (713) 222-2323
    Fax: (713) 222-2226

ATTORNEYS FOR DEFENDANTS
MATRIXX INITIATIVES, INC. AND
ZICAM, L.L.C.

OF COUNSEL:
Alan Lazarus
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
(415) 591-7500 Telephone
(415) 591-7510 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Order Granting Defendants' Unopposed Motion to Exclude Testimony of Steven Pike, M.D. has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 20th day of August, 2012.

By:   /s/ Kealy C. Sehic
    Kealy C. Sehic